No. 79–1848. RETAIL STORE EMPLOYEES UNION, LOCAL No. 919, ET AL. *v.* UNITED FOOD & COMMERCIAL WORKERS INTERNATIONAL UNION ET AL. C. A. 2d Cir. Certiorari denied.

No. 79–1849. RINGLING BROS.-BARNUM & BAILEY COMBINED SHOWS, INC., ET AL. *v.* NEW YORK STATE TAX COMMISSION ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 79–1850. MARTEN ET AL. *v.* THIES, DIRECTOR, SAN BERNARDINO COUNTY DEPARTMENT OF PUBLIC SOCIAL SERVICES. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 79–1851. BARNDT *v.* WISSAHICKON SCHOOL DISTRICT ET AL. C. A. 3d Cir. Certiorari denied.

No. 79–1854. LANGE ET AL. *v.* NATURE CONSERVANCY, INC., ET AL. Ct. App. Wash. Certiorari denied.

No. 79–1855. EASTALCO ALUMINUM CO. *v.* PUBLIC SERVICE COMMISSION OF MARYLAND ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 79–1858. CASTON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 79–1859. GREYHOUND CORP. ET AL. *v.* MT. HOOD STAGES, INC., DBA PACIFIC TRAILWAYS. C. A. 9th Cir. Certioari denied.

No. 79–1860. GOINGS *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 79–1861. EPP ET AL. *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.